**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 05-7954

---

ALEXANDER O'BRIAN WILLIAMS,

Petitioner - Appellant,

versus

VANESSA P. ADAMS, Warden,

Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   James R. Spencer, Chief District Judge.  (CA-05-553-3)

---

Submitted: May 18, 2006                    Decided: May 30, 2006

---

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Alexander O'Brian Williams, Petersburg, Virginia, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alexander O'Brian Williams, a federal prisoner, appeals from the district court's order construing his petition filed under 28 U.S.C. § 2241 (2000), as a successive motion under 28 U.S.C. § 2255 (2000), and dismissing it for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Williams v. Adams, No. CA-05-553-3 (E.D. Va. Oct. 19, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED